# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

142063 & (22)

GABRIELLE BENJAMIN,
      Plaintiff-Appellee,

v

DAVID L. ROWE,
      Defendant-Appellant.

_____

SC:   142063
CoA:  298363
Gr Traverse CC: 10-27822-NO

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2011

_____
Clerk